JOHN W. HUBER, United States Attorney (#7226)
VEDA M. TRAVIS, Assistant United States Attorney (#6449)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT

2018 AUG -8  P 4: 11

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, | : | INDICTMENT |
|---|---|---|
| Plaintiff, | : | |
| vs. | : | VIOS: 18 U.S.C. § 2113(a), Bank Robbery. |
| SEAN MOORE, | : | |
| Defendant. | : | Case: 1:18-cr-00072<br>Assigned To : Parrish, Jill N.<br>Assign. Date : 8/8/2018<br>Description: |
| | : | |

The Grand Jury charges:

## COUNT I
**(Bank Robbery, 18 U.S.C. § 2113(a))**

On or about July 17, 2018, in the Northern Division of the District of Utah,

SEAN MOORE,

defendant herein, by force, violence, and intimidation, did take from the person and presence of a teller, money belonging to and in the care, custody, control, management and possession of Zions Bank, 870 North Highway 89, North Salt Lake, Utah, the deposits of which were then insured by the Federal Deposit Insurance Corporation; in violation of 18 U.S.C. § 2113(a).

## COUNT II
### (Bank Robbery, 18 U.S.C. § 2113(a))

On or about July 26, 2018, in the Northern Division of the District of Utah,

SEAN MOORE,

defendant herein, by force, violence, and intimidation, did take from the person and presence of a teller, money belonging to and in the care, custody, control, management and possession of Key Bank, 3565 Harrison Boulevard, Ogden, Utah, the deposits of which were then insured by the Federal Deposit Insurance Corporation; in violation of 18 U.S.C. § 2113(a).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

JOHN W. HUBER
United States Attorney

VEDA M. TRAVIS
Assistant United States Attorney

2